

3:21-cv-566-K

Morris Russell Bey-Coe
P. O. Box 1732
DeSoto, Texas 75115

April 16, 2021

Ramona S. Notinger U. S. Department of Justice Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Re: Freedom of Information Request

Dear Sir or Madam:

The purpose of this letter is to request information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please forward this request to the appropriate agency or advise me of the other agencies which might have this information.

Please provide me with a copy of the following items:

    W-9 in your name as a debt collector
    Your License and Insurance to do business in Texas
    Your Oaths of office both Federal and State
    Your FARA Foreign Agent Registration Act, Statement
    Your Active Bond
    Your Anti-bribery statement(s)
    Your Nationality documentation
    Your Tax Exempt certificate from the United States Secretary of State in Puerto Rico

Please limit your search of the above item(s) to the period from April 16, 2021 to May 07, 2021.

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of the information withheld and mark any deleted sections. Please list the specific exemptions that form the basis for any deletion from a document or the complete withholding of a document.

Please contact me at the above address if you have any questions regarding this request.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

By: morris-russell: Bey-coe

