IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:21-cv-566-K-BN |
| | § | |
| MORRIS RUSSELL COE, JR., also known as MINISTER MORRIS RUSSELL COE-BEY II, GRACE FOUNDATION, INC., CITIZENS NATIONAL BANK OF TEXAS, and DALLAS COUNTY, TEXAS, | § § § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's Objections are OVERRULED.

SO ORDERED.

Signed February 7th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE