IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-CV-0566-K |
| MORRIS RUSSELL COE, JR., *et al.*, | § § | |
| Defendants. | § § § § | |

## ORDER OF CIVIL CONTEMPT

In a proceeding before the undersigned on this same day, December 16, 2025, the Court **OVERRULED and DENIED** the following documents filed by Defendant Morris Russell Coe, Jr. ("Defendant"): (1) Objections to Plaintiff's Exhibit "A" Requests (Doc. No. 105); (2) Objection to Post-Judgment Deposition and Reservation of Rights (Doc. No. 106); (3) Motion for Protective Order Limiting Discovery and Deposition Scope (Doc. No. 107); (4) Emergency Motion to Stay Post-Judgment Discovery and Subpoena Pending Motion to Vacate and RFRA Determination (Doc. No. 108); (5) Motion to Vacate Void Judgment Pursuant to Rule 60(b)(4) (Doc. No. 109); and (6) Motion for Protective Order and to Quash Subpoena and Post-Judgment Discovery Under RFRA (Doc. No. 110).

For the following reasons, the Court **finds** Defendant Morris Russell Coe, Jr. is in **CIVIL CONTEMPT** of the Court. As stated on the record, the Court has before it

the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, dated October 31, 2025 (Doc. No. 99), on Plaintiff the United States of America's (the "Government") Motion for Show Cause Order (Doc. No. 80). The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. *See* Doc. No. 100 (Defendant's Objections). The objections are **overruled**. The Court reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court **ADOPTS** the Magistrate Judge's Certified Facts as the findings of this Court. *See also Denton v. Suter*, Civ. Action No. 3:11-CV-2559-N, 2016 WL 6581288, at *2 (N.D. Tex. Mar. 10, 2016)(Godbey, J.) ("the magistrate judge's certified facts can be considered the statement of the *prima facie* case" of civil contempt.). The Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *See generally* Doc. No. 99 (concluding that the certified facts establish a *prima facie* case of civil contempt for Defendant's failure to comply with the Magistrate Judge's Discovery Order entered March 5, 2025.). The Government's Motion for Show Cause Order (Doc. No. 80) is **granted**.

On the facts established at today's proceeding and for the reasons stated on the record, the Court finds by clear and convincing evidence that (1) the Order entered by the undersigned on November 19, 2025 (the "Deposition Order") is in effect, (2) the Deposition Order requires certain conduct by Defendant, and (3) Defendant failed to comply with the Deposition Order. *See Am. Airlines, Inc. v. Allied Pilots Ass'n*, 228 F.3d

574, 581 (5th Cir. 2000). The Court also finds that Defendant failed to prove a present inability to comply with the Deposition Order. *See United States v. Rylander*, 460 U.S. 752, 757 (1983).

For the foregoing reasons and those stated on the record at today's proceeding, the Court finds Defendant Morris Russell Coe, Jr. in **CIVIL CONTEMPT** for failing to comply with the Court's Discovery Order and Deposition Order. Accordingly, the Court **ORDERS** that a Warrant issue as to Defendant Morris Russell Coe, Jr.

The United States Marshals Service is **ORDERED** to keep Defendant Morris Russell Coe, Jr. in custody until he purges himself of contempt by (1) complying with the Discovery Order, specifically responding to the Government's Post-Judgment Interrogatories (including amended responses) and Requests for Production of Documents, and (2) complying with the Deposition Order, specifically fully participating in and cooperating with his deposition.

**SO ORDERED.**

Signed December 16th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE